The complaint set out in the majority opinion did not comply with that portion of Ala. Code 1975, § 6-5-551, requiring "a detailed specification and factual description of each act and omission alleged by plaintiff *Page 1340 
to render the health care provider liable to plaintiff."
A fair reading of the complaint is that the "breech position of the baby" was the sine qua non of the plaintiffs' theory of liability, when it was not at all.
If the plaintiffs' theory of liability had not been modified by the pre-trial order, I would vote to reverse the judgment and remand the case; however, I am persuaded that a complaint can be amended by a pretrial order to comply with § 6-5-551 and that the pre-trial order in this case was specific enough to comply with § 6-5-551. Therefore, I vote to affirm.